[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 21, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-13684
Non-Argument Calendar

_____

D. C. Docket No. 05-00024-CR-ORL-31-DAB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NICHOLAZ URQUIZA,
a.k.a. Nicholas Urquiza,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(February 21, 2006)**

Before DUBINA, HULL and MARCUS, Circuit Judges

PER CURIAM:

Charles L. Handlin, appointed counsel for Nicholaz Urquiza, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Urquiza's conviction and sentence are **AFFIRMED**.